```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 00085
   MARY E SWOPES
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-6179

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/03/2007 and was confirmed 04/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/17/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
TRIAD FINANCIAL CORP     SECURED VEHIC     9075.00          219.36        198.86
MONTEREY FINANCIAL       SECURED            500.00           15.88        112.49
MONTEREY FINANCIAL       UNSECURED          695.96             .00           .00
TCF BANK                 UNSECURED         NOT FILED           .00           .00
MIDWESTERN REGIONAL OUTP UNSECURED         NOT FILED           .00           .00
PATIENT FIRST SC         UNSECURED         NOT FILED           .00           .00
PATIENT FIRST SC         UNSECURED         NOT FILED           .00           .00
PATIENT FIRST SC         UNSECURED         NOT FILED           .00           .00
PATIENT FIRST SC         UNSECURED         NOT FILED           .00           .00
PATIENT FIRST SC         UNSECURED         NOT FILED           .00           .00
PATIENT FIRST SC         UNSECURED         NOT FILED           .00           .00
MIDWESTERN REGIONAL OUTP UNSECURED         NOT FILED           .00           .00
PATIENT FIRST SC         UNSECURED         NOT FILED           .00           .00
PATIENT FIRST SC         UNSECURED         NOT FILED           .00           .00
MIDWESTERN REGIONAL OUTP UNSECURED         NOT FILED           .00           .00
PATIENT FIRST SC         UNSECURED         NOT FILED           .00           .00
MIDWESTERN REGIONAL OUTP UNSECURED         NOT FILED           .00           .00
MIDWESTERN REGIONAL OUTP UNSECURED         NOT FILED           .00           .00
MIDWESTERN REGIONAL OUTP UNSECURED         NOT FILED           .00           .00
MIDWESTERN REGIONAL OUTP UNSECURED         NOT FILED           .00           .00
PATIENT FIRST SC         UNSECURED         NOT FILED           .00           .00
AT&T                     UNSECURED         NOT FILED           .00           .00
CONDELL ACUTE CARE       UNSECURED         NOT FILED           .00           .00
THE PIT STOP             UNSECURED         NOT FILED           .00           .00
CHECK PROTECTION SYSTEMS UNSECURED         NOT FILED           .00           .00
CITY OF CHICAGO PARKING  UNSECURED           770.00            .00           .00
ROUND LAKE BEACH POLICE  UNSECURED         NOT FILED           .00           .00
AT&T BROADBAND           UNSECURED         NOT FILED           .00           .00
GEMB/JC PENNEY           UNSECURED         NOT FILED           .00           .00
COMMONWEALTH EDISON      UNSECURED         NOT FILED           .00           .00
GREGORY EMERGENCY PHYSIC UNSECURED         NOT FILED           .00           .00
GREGORY EMERGENCY        UNSECURED         NOT FILED           .00           .00

                    PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00085 MARY E SWOPES
```

```
TCF BANK                  UNSECURED      NOT FILED           .00         .00
PATIENTS FIRST            UNSECURED         660.06           .00         .00
TRIAD FINANCIAL CORP      UNSECURED      NOT FILED           .00         .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,493.00                    847.71
TOM VAUGHN                TRUSTEE                                      95.70
DEBTOR REFUND             REFUND                                         .00
```

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 1,490.00 | |
| PRIORITY | | .00 |
| SECURED | | 311.35 |
| INTEREST | | 235.24 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 847.71 |
| TRUSTEE COMPENSATION | | 95.70 |
| DEBTOR REFUND | | .00 |
| TOTALS | 1,490.00 | 1,490.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE